# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN KEITH STAFFORD, | ) | NO. CV 12-10626-GHK(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| DANIEL PARAMO, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation herein on Petitioner, and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    4/29   , 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE