**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN KEITH STAFFORD, | ) | NO. CV 12-10626-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: __4/29__, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE